# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0716
Lower Tribunal No. 12-13148 SP

_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Millennium Radiology, LLC,
d/b/a Millennium Open MRI,
a/a/o Ali Leonardo,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Chiaka Ihekwaba, Judge.

Michael J. Neimand, for appellant.

Marks & Fleischer P.A., and Gary Marks (Ft. Lauderdale); David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), for appellee.


Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Appellant United Automobile Insurance Company appeals from a final summary judgment entered in favor of Appellee Millennium Radiology, LLC. The trial court concluded that United Automobile was collaterally estopped from challenging the reasonableness of the cost of MRI procedures that Millennium performed. For the reasons set forth in United Automobile Insurance Co. v. Millennium Radiology, LLC, 47 Fla. L. Weekly D175 (Fla. 3d DCA Jan. 12, 2022), which addressed the same issue, we reverse.[1]

Reversed and remanded.

---

[1] We recognize that the trial court did not have the benefit of this recent decision.